AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

MONAY BELL, on behalf of herself, individually, and on behalf of all others similarly-situated,

*Plaintiff(s)*

v.

LEARNING WHEEL CHILDCARE CORP. d/b/a LEARNING WHEEL CHILDCARE, and PARK PLACE DAY CARE INC. d/b/a PARK PLACE DAY CARE, and DVORA INC. d/b/a BUILDING BLOCKS LAND, and BARBREY PREP INC. d/b/a BARBREY PREP, and ALENUSHKA CHILDCARE INC. d/b/a ALENUSHKA CHILDCARE, and IRINA GUTKINA, individually, and YELENA KUZNETSOVA, individually,

*Defendant(s)*

Civil Action No. 23-cv-6879 OEM-JRC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Learning Wheel Childcare Corp. d/b/a Learning Wheel Childcare- 48 Sullivan Street, Brooklyn, New York 11231.
Park Place Day Care Inc. d/b/a Park Place Day Care - 742 Nostrand Avenue, Brooklyn, New York 11216.
Dvora Inc. d/b/a Building Blocks Land - 2817 West 12th Street, Brooklyn, New York 11224.
Barbrey Prep Inc. d/b/a Barbrey Prep - 683 Barbrey Street, Brooklyn, New York 11207.
Alenushka Childcare Inc. d/b/a Alenushka Childcare - 2419 East 16th Street, Ground Floor, Brooklyn, New York 11235.
Irina Gutkina, individually - 48 Sullivan Street, Brooklyn, New York 11231.
Yelena Kuznetsova, individually - 48 Sullivan Street, Brooklyn, New York 11231.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tenzin S. Tashi, Esq.
Alexander T. Coleman, Esq.
Michael J. Borrelli, Esq.
Borrelli & Associates, P.L.L.C.
910 Franklin Avenue, Suite 200
Garden City, New York 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney

CLERK OF COURT

Date: 9/20/2023



*Alisha Francis*

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: